### ISAAC AGEE *v.* SAMUEL BROWN.

EXECUTOR.—*Forcible entry and detainer*

An executor cannot revive an action of forcible entry and detainer commenced by his testator, though there be a power in the will authorizing him to do so.

The executor of a deceased person attempted to revive an action of forcible entry and detainer commenced by his testator in his life time by virtue of a clause in the will authorizing him to do so.

By the COURT :

This cannot be done.

*Judgment below affirmed.*

(1) Porter v. Locke, Peck, 30. Code, 2252.

An heir is liable for all his ancestor's debts to the extent of the land descended to him. Butterworth v. Brown, 7 Yerg. 467-469.

But is not personally liable for costs. Ib.

Subjecting real assets to payment of ancestor's debts. Code 2253 *et seq*; Robertson v. McLin, 3 Hay. 70, 75 ; Boyd v. Armstrong, 1 Yerg. 40 ; Smith v. Stump's Heirs, Peck, 278 ; Green v. Shaver, 3 Humph. 140 ; Peck v. Wheaton, M. & Y. 353, 361 ; Roberts v. Busby, 3 Hay. 299, 305 ; Gilman v. Tisdale, 1 Yerg. 285, 289 ; Elliott v. Patton, 4 Yerg. 10, 15 ; Stockard v. Pinkard, 6 Humph. 119, 121.